BERTHA P. LIPPMAN, Respondent, v. LOUIS PIZITZ DRY GOODS COMPANY, a Foreign Corporation, Appellant.— Order denying motion to set aside service of summons and complaint affirmed, in so far as appealed from, with ten dollars

costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Seeger, Carswell and Scudder, JJ., concur.